# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

KIMBERLY G. GALLAGHER, GAIL GALLAGHER, JOHN GALLAGHER,
and RICHARD A. HARRISON,

Petitioners,

v.

JOHNNIE H. TREVENA, a/k/a John Trevana, individually and d/b/a
Trevena Pontrello & Associates; TRACY L. BALENTINE a/k/a Tracy
Lucas, individually; and MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., a Delaware corporation,

Respondents.

No. 2D23-1838

———————————————

February 16, 2024

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Cynthia J. Newton, Judge.

Richard A. Harrison of Richard A. Harrison, P.A., Tampa, for Petitioners.

Stanford R. Solomon of The Solomon Law Group, P.A., Tampa, for
Respondent Johnnie H. Trevena.

No appearance for remaining Respondents.

PER CURIAM.

    Denied.

NORTHCUTT, CASANUEVA, and LUCAS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.